IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROTHMAN, SCHUBERT & REED REALTORS AND MERCHANTS AND BUSINESSMENS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 1:CV-04-2128 |

FILED
HARRISBURG
JUN 2 1 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## STIPULATION VOLUNTARY DISCONTINUANCE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed, without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly.

_____
STACEY F. VERNALLIS, ESQUIRE
Counsel for Defendant,
OneBeacon Insurance Company

_____
WILLIAM A. RUBERT, ESQUIRE
Counsel for Plaintiffs,
Rothman, Schubert & Reed Realtors and Businessmens Insurance Company

## ORDER

AND NOW, to wit, this 21st day of June, 2006, is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE